## Law Offices
## GOLDSTEIN & WEINSTEIN
888 GRAND CONCOURSE
BRONX, NEW YORK 10451
TEL: (718) 665-9000
FAX: (718) 665-9147



DAVID J. GOLDSTEIN
BARRY A. WEINSTEIN
JEREMY M. SALAND

November 12, 2007

**BY OVERNIGHT MAIL**

RECEIVED
IN CHAMBERS
NOV 1 3 2007
MARK D. FOX
USMJ SDNY

Honorable Mark D. Fox
United States Magistrate Judge        MEMO ENDORSED
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

     Re:    United States v. Hansel Olivares-Paula
            Magistrate Docket No. 07-1408

Dear Judge Fox:

    I write this letter with the consent of the Government and the Pretrial Services Agency to request that the court modify the defendant's bail conditions to include the District of New Jersey as a permitted place of travel without prior approval from his Pretrial officer.

    The defendant has obtained a job as a cable installer for DR Global Space Communication Inc. His job requires him to perform installations in New Jersey ("Exhibit A").

    During my conversations with Luis Piedra, the defendant's pretrial officer, Mr. Piedra also indicated that he would not be opposed to the defendant's supervision being modified to routine reporting from his current status of strict reporting.

    If the court is amenable to these proposed changes, we respectfully request that the court endorse this letter to effectuate the modifications.

Copies mailed / handed / faxed to counsel 11/14/07

[Handwritten margin notes:]
MARK D. FOX
United States Magistrate Judge
Southern District of New York

Application Granted on consent of Gov't by Trust Mar Goldstein

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE

Honorable Mark D. Fox
November 12, 2007
Page 2

Thank you for your consideration.

Respectfully yours,

David J. Goldstein

cc: AUSA Nola B. Heller
w/enc.

USPTSO Luis Piedra
w/enc.