# UNITED STATES DISTRICT COURT

## FOR THE

### SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA          :

       v.                                 :

                           07 Cr.  (CLB)

HANSEL OLIVARES-PAULA,             :

              Defendant.       :

------------------------------------ x

**HANSEL OLIVARES-PAULA,,** the above-named defendant, who is accused of violating Title 18, United States Code, Section 1029, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                _____
                                                        Defendant

                                                        _____
                                                      Counsel for Defendant

Date:  White Plains, New York
          December 5TH, 2007


EXHIBIT