UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

HANSEL OLIVARES-PAULA

07 Cr 1097(CLB)

ORDER ACCEPTING PLEA ALLOCUTION

BRIEANT, J.

   The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, December 05, 2007 is approved and accepted.

   The Clerk of the Court is directed to enter the plea.

Dated: January 24, 2008

SO ORDERED:

_____
CHARLES L. BRIEANT
UNITED STATES DISTRICT JUDGE